IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-01629-WYD-KLM

PATRICK CALAVAN,

        Plaintiff,

v.

SEARS, ROEBUCK and CO.,

        Defendant.
_____

**MINUTE  ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L.  MIX**

        This matter is before the Court on Defendant's Motion for Reconsideration of Court's Minute Order dated December 10, 2007 [Docket No. 22; Filed December 10, 2007].  Defendant requests that the Court reconsider its ruling amending the Scheduling Order and setting an amendment and objection schedule.  Defendant correctly notes that it timely responded to Plaintiff's letter of authority.  The Court regrets its error in concluding that Defendant's response was untimely.

        IT IS HEREBY **ORDERED** that the Motion for Reconsideration is **DENIED**.  Considering the arguments of both parties on their merits, the Court is not inclined to change its ruling.  Defendant points to no legal authority to support its position that facts admitted in its Answer should not be included as "Stipulated Facts" in the Scheduling Order.  Although Defendant argues that the stipulated facts as worded by Plaintiff are not accurate reflections of the admissions made in the Answer,  the Court has accounted for this by allowing Defendant to object upon Plaintiff's submission of an amended Scheduling Order.[1]  As such, the amendment schedule set by the Court's Order [Docket No. 21] remains in place.  On or before **December 17, 2007,** Plaintiff shall tender a Revised Scheduling Order including the facts (and *only* the facts) admitted in Defendant's Answer as "Stipulated Facts."   Defendant may file written objections to the wording of the additional Stipulated Facts no later than **December 24, 2007**.

        Dated:        December 11, 2007

_____

        [1]The Court reminds counsel that gamesmanship is strongly discouraged.  The Court isn't fooled by attempts to expand upon the facts admitted any more than it is by attempts to deny facts previously admitted.  Counsel should act accordingly.