IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01629-WYD-KMT

PATRICK CALAVAN,

    Plaintiff,

v.

SEARS, ROEBUCK and COMPANY,

    Defendant.

## **MINUTE ORDER**

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant

The "Joint Motion Requesting Telephone Conference with Magistrate Judge Tafoya Re: Plaintiff's Scheduled Deposition" (#31, filed February 12, 2008) is GRANTED. Counsel are directed to jointly contact chambers to get a date for a telephone status hearing concerning the place of the deposition for Plaintiff's deposition now scheduled for February 28, 2008.

Dated: February 14, 2008