IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01629-WYD-KMT

PATRICK CALAVAN,

    Plaintiff,

v.

SEARS, ROEBUCK and COMPANY,

    Defendant.

---

**MINUTE ORDER**

---

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant

Plaintiff's "Unopposed Motion to Amend Scheduling Order" (#42, filed March 10, 2008) is GRANTED. The deadline for disclosure or endorsement of experts is May 19, 2008; the deadline for rebuttal expert disclosure is June 19, 2008; the deadline for non-expert discovery cut-off is June 19, 2008; and the deadline for expert discovery cut-off and dispositive motions is July 31, 2008.

Dated: April 7, 2008