IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01629-WYD-KMT

PATRICK CALAVAN,

    Plaintiff,

v.

SEARS, ROEBUCK and COMPANY,

    Defendant.

**MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Unopposed Motion to Amend Scheduling Order" (#47, filed May 15, 2008) is GRANTED. Disclosure or endorsement of experts is due June 19, 2008, rebuttal expert disclosure is due July 21, 2008, non-expert discovery cut-off is due July 21, 2008, expert discovery cut-off and dispositive motions are due September 2, 2008.

Dated: May 22, 2008