IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-01629-WYD-KMT

PATRICK CALAVAN,

    Plaintiff,

v.

SEARS, ROEBUCK and CO.,

    Defendant.

**ORDER**

    THIS MATTER comes before the Court on the parties' Stipulation for Dismissal With Prejudice (docket #51), filed July 1, 2008. After a careful review of the file, the Court has concluded that pursuant to Fed. R. Civ. P. 41(a)(1), the stipulation should be approved and this matter should be **DISMISSED WITH PREJUDICE**. Accordingly, it is

    ORDERED that the parties' Stipulation for Dismissal With Prejudice (docket #51), filed July 1, 2008, is **APPROVED**, and this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney's fees and costs.

    Dated: July 7, 2008

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          U. S. District Judge